**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 07-1299

PATTY S. LEWIS,

Plaintiff - Appellant,

versus

JOHN E. POTTER, Postmaster General, United
States Postal Service,

Defendant - Appellee.

Appeal from the United States District Court for the Northern District of West Virginia, at Clarksburg. Frederick P. Stamp, Jr., Senior District Judge. (1:05-cv-00034-FPS)

Submitted: December 5, 2007          Decided: January 7, 2008

Before WILKINSON, MICHAEL, and DUNCAN, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Alexander D. McLaughlin, THE CALWELL PRACTICE PLLC, Charleston, West Virginia, for Appellant. Sharon L. Potter, United States Attorney, Alan G. McGonigal, Assistant United States Attorney, Wheeling, West Virginia, for Appellee.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Patty S. Lewis appeals the district court's order granting summary judgment in favor of her former employer in her civil action alleging breach of contract. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. <u>Lewis v. Potter</u>, No. 1:05-cv-00034-FPS (N.D. W. Va. Feb. 2, 2007) . We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>